UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

G&G CLOSED CIRCUIT EVENTS, LLC,

        Plaintiff(s),

    - against -

REINALDO GODINEZ; and DOS AMIGOS INC.,

        Defendant(s).

Case No. 7:23-cv-03868-PMH

NOTICE OF MOTION

> Application denied without prejudice to renewal in accordance with the Court's Individual Practices Rule 2(C).
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 12.
>
> SO ORDERED.
>
> /s/ Philip M. Halpern
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>        July 10, 2023

**PLEASE TAKE NOTICE** that on a date and time to be determined by the Court, the undersigned will move thi[s Court at] the Courthouse located at 300 Quarro[pas Street, White Plains, NY 10601,] for an Order dismissing the complain[t ...]

**PLEASE TAKE FURTHER** [NOTICE that in support of this] motion, Defendants, Reinaldo Godin[ez and Dos Amigos Inc. rely upon the] annexed memorandum of law and Pe[ter Y. Lee declaration.]

**PLEASE TAKE FURTHER NOTICE** that opposing affidavits and answering memoranda, if any, shall be served within 14 days after service of the moving papers and otherwise in accordance with Local Civil Rule 6.1(b).

                Respectfully submitted,

Date: Jul. 7, 2023
                /s/ Peter Y. Lee
                By:_____
                PETER Y. LEE, ESQ.

**L E E ,   L L C**
770 River Road
P.O. Box 52
Edgewater, New Jersey 07020
(212) 808-0716
(212) 808-0719 Fax
Peter.Lee@Leeadvocates.com

*Attorneys for Defendants, Reinaldo Godinez and Dos Amigos Inc.*

TO:

LAW OFFICE M.L. ZAGER, P.C.
461 BROADWAY
PO BOX 948
MONTICELLO, NY 12701
**Attn: Mr. Joseph Loughlin, Esq.**
*Attorneys for Plaintiff,
G&G Closed Circuit Events, LLC*

- 2 -