**PETER Y. LEE**
ATTORNEY

770 RIVER ROAD
P.O. BOX 52
EDGEWATER, NJ

> Application granted. The pre-motion conference scheduled for August 22, 2023 is hereby rescheduled to August 30, 2023 at 2:30 p.m.
>
> The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 26.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         August 18, 2023

August [ ], 2023

Hon. Philip M. Halpern, U.S.D.J.
U.S. Courthouse

RE:   G&G Closed Circuit Events vs. Godinez, et ano.
      Case 7:23-cv-03868-PMH (S.D.N.Y.)

Dear Judge Halpern:

On behalf of Defendants, Reinaldo Godinez and Dos Amigos Inc., we respectfully request an adjournment of the pre-motion conference scheduled for August 22, 2023, at 2:30 PM, due to the following conflict.

We received notice yesterday afternoon from the Superior Court of New Jersey that our bench trial in *MMK Property vs. Lulu Chef, Inc.*, Docket No. BER-L-2320-21 -- originally scheduled for Monday, August 21, 2023 -- will now commence Tuesday, August 22, 2023, instead (before Superior Court Judge Ostuni). We do not expect trial to last longer than one day.

Unfortunately, due to the unexpected scheduling change, we regretfully must ask the Honorable Court to adjourn the pre-motion conference. We thank the Court for Your Honor's patience and understanding.

Respectfully,

/s/ Peter Y. Lee

PETER Y. LEE
*Attorney for Defendants*

PYL/ddh
cc: Mr. Joseph Loughlin, Esq.