UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

G&G CLOSED CIRCUIT EVENTS, LLC,

            Plaintiff,

-against-

REINALDO GODINEZ, et al,

            Defendants.

**ORDER**

23-CV-03868 (PMH)

PHILIP M. HALPERN, United States District Judge:

On May 1, 2024, the Court directed the parties to meet and confer and file a proposed Civil Case Discovery Plan and Scheduling Order by May 15, 2024. (Doc. 47). There has been no activity on the docket since then. Accordingly, the parties' time to file a proposed Case Discovery Plan and Scheduling Order is extended to **May 22, 2024 at 5:00 p.m.**

SO ORDERED:

Dated: White Plains, New York
       May 16, 2024

_____
PHILIP M. HALPERN
United States District Judge