UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

G&G CLOSED CIRCUIT EVENTS, LLC,

                Plaintiff,

-against-

REINALDO GODINEZ, et al,

                Defendants.

**ORDER**

23-CV-03868 (PMH)

PHILIP M. HALPERN, United States District Judge:

On May 16, 2024, the Court directed the parties to meet and confer and file a proposed Civil Case Discovery Plan and Scheduling Order by May 22, 2024. (Doc. 48). On May 22, 2024, Plaintiff G&G Closed Circuit Events, LLC ("Plaintiff") filed two apparently identical copies of proposed scheduling orders (Docs. 49-50) which are in the form of Magistrate Judge Andrew E. Krause's model order. Accordingly, by **May 30, 2024 at 5:00 p.m.**, the parties are directed to file a proposed Civil Case Discovery Plan and Scheduling Order in the form of this Court's model order, available on the Court's webpage at https://nysd.uscourts.gov/hon-philip-m-halpern.

SO ORDERED:

Dated: White Plains, New York
         May 28, 2024

_____
PHILIP M. HALPERN
United States District Judge